1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KEVIN DUANE HICKMAN,                    No.  2:25-cv-1249 CSK P

12              Plaintiff,

13        v.                                  ORDER FOR PAYMENT OF INMATE
                                              FILING FEE
14    CDCR, et al.,

15              Defendants.

16

17    To:  Director of the California Department of Corrections and Rehabilitation, 1515 S Street,

18    Sacramento, California 95814:

19          Plaintiff, a state prisoner proceeding in forma pauperis, is obligated to pay the statutory

20    filing fee of $350.00 for this action.  Plaintiff is assessed an initial partial filing fee of twenty

21    percent (20%) of the greater of (a) the average monthly deposits to plaintiff's trust account; or

22    (b) the average monthly balance in plaintiff's account for the 6-month period immediately

23    preceding the filing of this action.  28 U.S.C. § 1915(b)(1).  Upon payment of that initial partial

24    filing fee, plaintiff will be obligated to make monthly payments in the amount of twenty percent

25    (20%) of the preceding month's income credited to plaintiff's trust account.  The California

26    Department of Corrections and Rehabilitation is required to send to the Clerk of the Court the

27    initial partial filing fee and thereafter payments from plaintiff's prison trust account each time the

28    amount in the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full.

1  28 U.S.C. § 1915(b)(2).

2       Good cause appearing therefore, IT IS HEREBY ORDERED that:

3       1.  The Director of the California Department of Corrections and Rehabilitation or a

4  designee shall collect from plaintiff's prison trust account an initial partial filing fee in

5  accordance with the provisions of 28 U.S.C. § 1915(b)(1) as set forth in this order and shall

6  forward the amount to the Clerk of the Court.  The payment shall be clearly identified by the

7  name and number assigned to this action.

8       2.  Thereafter, the Director of the California Department of Corrections and Rehabilitation

9  or a designee shall collect from plaintiff's prison trust account monthly payments in an amount

10  equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust

11  account and forward payments to the Clerk of the Court each time the amount in the account

12  exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee for this

13  action has been paid in full.  The payments shall be clearly identified by the name and number

14  assigned to this action.

15       3.  The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's

16  signed in forma pauperis affidavit on the Director, California Department of Corrections and

17  Rehabilitation, 1515 S Street, Sacramento, California 95814.

18       4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

19  Department of the court.

20

21  Dated:  May 12, 2025

22                                     _____

23                                     CHI SOO KIM
                                   UNITED STATES MAGISTRATE JUDGE

24

25  hick1249.cdc/2

26

27

28