UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN DUANE HICKMAN,

        Plaintiff,

    v.

CDCR, et al.,

        Defendants.

No.  2:25-cv-1249 DAD CSK P

ORDER

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On January 5, 2026, plaintiff filed a letter addressed to the Clerk of the Court regarding the filing fee.  (ECF No. 14.)  In this letter, plaintiff appears to claim that he sent one payment to the court to pay the entire $350.00 filing fee.  (Id. at 1.)  Plaintiff appears to claim that his prison trust account reflects that he still owes money toward the filing fee despite plaintiff paying the entire filing fee.  (Id.)  Plaintiff requests information regarding whether the court received the payment plaintiff sent to pay the filing fee.  (Id.)

Plaintiff is informed that court records show that the court has received no payments to date toward the $350.00 filing fee in the instant action.  Therefore, plaintiff owes the $350.00 balance of the filing fee.  28 U.S.C. §§ 1914(a), 1915(b)(1).

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for information regarding the filing fee made in the letter filed January 5, 2026 is deemed resolved.

1

Dated:  January 22, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Hick1249.ord/2